7

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:   (310) 598-4150
Facsimile:    (310) 556-9829

*Proposed Counsel to OroHealth Corporation:
A Nonprofit Healthcare System,
the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | Case No. 25-26877 |
| OROHEALTH CORPORATION: A NONPROFIT HEALTHCARE SYSTEM,[1] | **DCN KCO-1** |
| Debtor and Debtor in Possession. | Chapter 11 |
| | Hon. Christopher D. Jaime |
| | [*Relief requested on ex parte basis.*] |

**EXHIBIT IN SUPPORT OF DEBTOR'S *EX PARTE* EMERGENCY MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

OroHealth Corporation: A Nonprofit Healthcare System, a California nonprofit public benefit corporation ("OroHealth"), a debtor and debtor-in-possession in the above captioned bankruptcy case, hereby submits the following exhibit in support of the *Debtor's Motion for an*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and Orohealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

- 1 -

179702028.1

*Order Authorizing Joint Administration of Chapter 11 Cases* (the "<u>Motion</u>"):

| Exhibit | Description | Pages |
|---|---|---|
| A | [*Proposed*] Order Authorizing Joint Administration of Chapter 11 Cases | 3-7 |

Dated: December 8, 2025            **FOX ROTHSCHILD LLP**

*/s/ Keith C. Owens*
Keith C. Owens
Nicholas A. Koffroth

*Proposed Counsel to Oroville Hospital, et al., the Debtors and Debtors-in-Possession*

- 2 -

179702028.1

KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:　(310) 598-4150
Facsimile:　(310) 556-9829

*Proposed Counsel to OroHealth Corporation:*
*A Nonprofit Healthcare System,*
*the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>OROHEALTH CORPORATION: A NONPROFIT HEALTHCARE SYSTEM,[1]<br><br>　　Debtor and Debtor in Possession. | Case No. 25-26876<br><br>**DCN KCO-1**<br><br>Chapter 11<br><br>Hon. Christopher D. Jaime<br><br>[*Relief requested on ex parte basis.*] |

**[PROPOSED] ORDER AUTHORIZING**
**JOINT ADMINISTRATION OF CHAPTER 11 CASES**

　　The Court, having considered the *Debtor's Ex Parte Emergency Motion for an Order Authorizing Joint Administration of Chapter 11 Cases* (the "Motion"),[2] pursuant to 11 U.S.C. § 105(a) and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and Orohealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

[2] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Motion or Memorandum, as applicable.

- 3 -

179702028.1

as more fully set forth in the Motion; and upon consideration of the accompanying *Memorandum of Points and Authorities* the ("Memorandum") and *Declaration of Robert J. Wentz* in support of the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding within the meaning of 28 U.S.C. §157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion being proper before the Cout pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion is reasonable and sufficient under the circumstances, and no other or further notice need be provided; and the relief requested in the Motion being in the best interest of the Debtor's estate, its creditors and other parties in interest and necessary to prevent immediate and irreparable harm; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having found cause for consideration of the Motion on an *ex parte* basis; and after due deliberation and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED** as follows:

    1.    The Motion is granted in its entirety.

    2.    The Chapter 11 Cases of the Debtors shall be jointly administered.

    3.    The Clerk of the Court shall maintain a joint pleadings docket under the case number assigned to Oroville Hospital, which shall be designated as the single pleadings docket for all pleadings related to any of the Debtors' Chapter 11 Cases.

    4.    The Clerk of the Court shall place the following notation in the Docket maintained for each of the Debtors' cases to reflect that the cases are being jointly administered:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 Cases of: Oroville Hospital, and OroHealth Corporation: A Nonprofit Healthcare System.
>
> Consult the docket in Case No. 25-26876 for all matters affecting these cases.

    5.    The captions of the Debtors' cases shall be modified to reflect the joint administration of these Chapter 11 Cases, in the form set forth on **Exhibit A-1** attached hereto.

    6.    The claims registers in the Chapter 11 Cases shall be maintained separately for each

179702028.1

| | |
|---|---|
| 1 | Debtor entity. |
| 2 |     7.    The Debtors and other parties in interest shall be authorized, but not required, to |
| 3 | combine notices to the Debtors' creditors. |
| 4 |     8.    Nothing contained in this Order authorizes substantive consolidation of the Debtors' |
| 5 | estates.  The rights of any party to move for substantive consolidation are reserved. |
| 6 |     9.    The Court will retain jurisdiction to implement and enforce the terms of this Order. |
| 7 | |
| 8 | |
| 9 | DATED: |
| 10 |                                             _____ |
| 11 |                                             United States Bankruptcy Judge |

179702028.1

# EXHIBIT A-1

**Form of Joint Caption**

179702028.1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>OROVILLE HOSPITAL, *et al.*,[1]<br><br>    Debtors and Debtors in Possession.<br><br>☐ Affects All Debtors<br>☐ Affects Oroville Hospital<br>☐ Affects OroHealth Corporation: A Nonprofit Healthcare System<br><br>    Debtors and Debtors in Possession. | Lead Case No. 25-26876<br><br>Jointly Administered With:<br>Case No. 25-26877<br><br>**DCN** _____<br><br>Chapter 11<br><br>Hon. Christopher M. Klein |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and Orohealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.