United States Bankruptcy Court
Eastern District of California

In re:                                                        Case No. 25-26877-B
OROHEALTH CORPORATION: A NONPROFIT HEALT                 Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2                            User: admin                                   Page 1 of 2
Date Rcvd: Dec 19, 2025                     Form ID: 309F1                                Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | OROHEALTH CORPORATION: A NONPROFIT HEALTHCARE SYST, 2767 Olive Highway, Oroville, CA 95966-6103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: nkoffroth@foxrothschild.com | Dec 20 2025 01:21:00 | Nicholas A Koffroth, Fox Rothschild LLP, 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067 |
| smg | EDI: EDD.COM | Dec 20 2025 06:07:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Dec 20 2025 06:07:00 | Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| smg | EDI: IRS.COM | Dec 20 2025 06:07:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Bashar Ahmad |
| intp | | Boutin Jones Inc. |
| intp | | JASON BLUBMERG |
| intp | | JASON BLUMBERG |
| intp | | Keith Banner |
| intp | | Keith Banner |
| intp | | Michael Myers |
| intp | | Susan Stevenson |
| intp | | Thomas G. Mouzes |
| intp | | Trevor Fehr |

TOTAL: 10 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0972-2                    User: admin                         Page 2 of 2
Date Rcvd: Dec 19, 2025                 Form ID: 309F1                      Total Noticed: 5

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2025              Signature:      /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor | **OROHEALTH CORPORATION: A NONPROFIT HEALTHCARE SYSTEM** <br> Name | EIN  94–2994776 |
| United States Bankruptcy Court  Eastern District of California <br> Case number:  25–26877 – B – 11 | | Date case filed for chapter  **11:  12/8/25** |

10/20

Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, equity security holders, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. Debtor's full name | OROHEALTH CORPORATION: A NONPROFIT HEALTHCARE SYSTEM | |
|---|---|---|
| 2. All other names used in the last 8 years | | |
| 3. Address | 2767 Olive Highway <br> Oroville, CA 95966 | |
| 4. Debtor's attorney <br><br> Name and address | Nicholas A Koffroth <br> Fox Rothschild LLP <br> 10250 Constellation Boulevard <br> Suite 900 <br> Los Angeles, CA 90067 | Contact phone:  310–598–4150 |
| 5. Bankruptcy clerk's office <br><br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Robert T Matsui United States Courthouse <br> 501 I Street, Suite 3–200 <br> Sacramento, CA 95814 | Hours: M–F 9:00 AM – 4:00 PM <br> www.caeb.uscourts.gov <br> Contact phone (916) 930–4400 <br><br> Date: 12/19/25 |
| 6. Meeting of creditors <br><br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 20, 2026 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Sacramento Conference Line: 888–330–1716, Passcode: 4191086#** <br><br> For additional meeting information go to www.justice.gov/ust/moc |

**For more information, see page 2 >**

| Debtor | OROHEALTH CORPORATION: A NONPROFIT HEALTHCARE SYSTEM | | Case number: | 25–26877 – B – 11 |
|---|---|---|---|---|

| | | |
|---|---|---|
| 7. Proof of claim deadline | **Deadline for filing proof of claim:**        **Filing Deadline: 4/20/26** <br> **For a governmental unit:**        **Filing Deadline: 6/8/26** <br><br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov, www.caeb.uscourts.gov, or at one of the Eastern District of California divisional offices. You may also complete a paperless proof of claim online at www.caeb.uscourts.gov/ElectronicClaims.aspx. <br><br> Your claim will be allowed in the amount scheduled unless: <br><br> • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. <br><br> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br><br> You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. <br><br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important non–monetary rights, including the right to a jury trial. | |
| 8. Exception to discharge deadline <br><br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted form discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:**    **3/23/26** | |
| 9. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |
| 12. Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail | Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. | |